AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)** <br><br> Wheeler, Thomas C. | **2. Court or Organization** <br><br> U.S. Court of Federal Claims | **3. Date of Report** <br><br> 07/17/2018 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time) <br><br> Active | **5a. Report Type (check appropriate type)** <br> ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> **5b.** ☑ Amended Report | **6. Reporting Period** <br><br> 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | DLA Piper Law Firm Retirement Plan. | $7,588.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 2. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 3. Potomac Cliffs at Watson House Real Estate Partnership | | None | K | R | | | | | |
| 4. Hartford Life Second-to-Die Whole Life Insurance Policy | | None | N | T | | | | | |
| 5. Commonwealth Annuity Whole Life Policy | | None | K | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. Altria Group Common Stock (MO) | A | Dividend | K | T | | | | | |
| 8. Daimler AG Common Stock (DDAIF) | A | Dividend | K | T | | | | | |
| 9. Davis New York Venture A (NYVTX) | A | Dividend | K | T | | | | | 9-10 |
| 10. Brokerage Account #2 (H) | | | | | | | | | |
| 11. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 12. Clearbridge All Cap Value A (SHFVX) | A | Dividend | J | T | | | | | 13 |
| 13. Brokerage Account #3 (H) | | | | | | | | | |
| 14. Morgan Stanley Bank NA (cash) (X) | A | Interest | J | T | | | | | |
| 15. 3M Common Stock (MMM) | C | Dividend | M | T | Sold (part) | 06/07/17 | K | | |
| 16. Alphabet, Inc. Common Stock (GOOG) | | None | M | T | | | | | |
| 17. Altria Group Common Stock (MO) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Express Common Stock (AXP) | B | Dividend | L | T | | | | | |
| 19. Apple Common Stock (AAPL) | A | Dividend | K | T | | | | | |
| 20. Bank of America Common Stock (BAC) | B | Dividend | L | T | | | | | |
| 21. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 22. Cisco Systems Common Stock (CSCO) | B | Dividend | L | T | | | | | |
| 23. Comcast Common Stock (CMCSA) | C | Dividend | M | T | Sold (part) | 06/07/17 | K | D | |
| 24. Emerson Electric Common Stock (EMR) | B | Dividend | K | T | | | | | |
| 25. General Electric Common Stock (GE) | A | Dividend | K | T | | | | | |
| 26. Halliburton Common Stock (HAL) | B | Dividend | L | T | Buy (add'l) | 11/22/17 | J | | |
| 27. Home Depot Common Stock (HD) | C | Dividend | M | T | Sold (part) | 06/07/17 | K | D | |
| 28. Hospitality Properties Trust Common Stock (HPT) | C | Dividend | L | T | | | | | |
| 29. J.P. Morgan Chase Common Stock (JPM) | C | Dividend | M | T | | | | | |
| 30. Marriott Int'l Common Stock (MAR) | A | Dividend | L | T | Sold (part) | 11/02/17 | J | D | |
| 31. Microsoft Common Stock (MSFT) | B | Dividend | L | T | Sold (part) | 06/07/17 | J | D | |
| 32. | | | | | Sold (part) | 10/27/17 | K | E | |
| 33. Mondelez Int'l Inc (MDLZ) | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 34. Newell Brands Inc. (NWL) | B | Dividend | K | T | Buy | 08/24/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 36. Pepsico Common Stock (PEP) | C | Dividend | M | T | Sold (part) | 06/07/17 | K | D | |
| 37. Pfizer Inc. (PFE) | C | Dividend | L | T | Buy | 01/31/17 | L | | |
| 38. Philip Morris Int'l Common Stock (PM) | B | Dividend | L | T | | | | | |
| 39. Southwest Airlines Common Stock (LUV) | A | Dividend | L | T | | | | | |
| 40. TE Connectivity Ltd. New (formerly Tyco Electronics) (TEL) | A | Dividend | K | T | | | | | |
| 41. Verizon Common Stock (VZ) | C | Dividend | L | T | | | | | |
| 42. Viacom Inc New (VIAB) | B | Dividend | K | T | Buy | 08/07/17 | K | | |
| 43. Walmart Common Stock (WMT) | B | Dividend | L | T | | | | | |
| 44. Walt Disney Common Stock (DIS) | B | Dividend | M | T | | | | | |
| 45. Williams Partners Ltd. (WPZ) | D | Dividend | L | T | | | | | |
| 46. Apollo Investment Common Stock (AINV) | B | Dividend | J | T | | | | | |
| 47. Cohen & Steers Infrastructure Fund (UTF) | B | Dividend | K | T | | | | | |
| 48. DBX ETF TR Xtrack MSCI Europe Fund (DBEU) | A | Dividend | K | T | | | | | 28 |
| 49. Eaton Vance LTD Duration Income Fund (EVV) | B | Dividend | K | T | | | | | |
| 50. First Tr MLP&ENRG Fund (FEI) | C | Dividend | K | T | | | | | |
| 51. Kayne Anderson Energy Return Fund (KYE) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New Germany Fund (GF) | A | Dividend | M | T | | | | | |
| 53. Financial Sel Sect SPDR Fund (XLF) | A | Dividend | K | T | | | | | |
| 54. ACAP Strategic Interval (XCAPX) | B | Dividend | L | T | Buy | 04/28/17 | K | | |
| 55. Skybridge Mul-Ad Ser G (CAI01) (X) | | None | L | T | | | | | |
| 56. Covidien PLC Common Stock (Y) | | | | | | | | | |
| 57. Constellation Brands Common Stock (Y) | | | | | | | | | |
| 58. HP Inc. Common Stock (HPQ) | | None | | | Sold | 04/03/17 | L | D | |
| 59. Kroger Common Stock (KR) | | None | | | Sold | 09/28/17 | K | D | |
| 60. Sandridge Miss. Trust | | None | | | Sold | 05/02/17 | J | | |
| 61. Schneider National Inc. (SNDR) | | None | | | Buy | 05/02/17 | K | | |
| 62. | | | | | Sold | 10/27/17 | K | | |
| 63. United Parcel Service Common Stock | | None | | | Sold | 01/31/17 | L | E | |
| 64. United States Steel Common Stock (Y) | | | | | | | | | |
| 65. Brokerage Account #4 (H) | | | | | | | | | |
| 66. Morgan Stanley Bank NA (X) | A | Interest | K | T | | | | | |
| 67. Citibank Money Market (Y) | | | | | | | | | |
| 68. Adobe Systems Common Stock (ADBE) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AES Corp. Common Stock (AES) | A | Dividend | J | T | | | | | |
| 70. Akamai Technologies Common Stock (AKAM) | | None | J | T | | | | | |
| 71. Alaska Air Group Common Stock (ALK) | A | Dividend | J | T | | | | | |
| 72. Alexion Pharm Inc. (ALXN) (X) | | None | J | T | | | | | |
| 73. Allergan Common Stock (AGN) | | None | J | T | | | | | |
| 74. Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | 70 |
| 75. Alphabet Inc Cl C Common Stock (GOOG) (X) | | None | J | T | | | | | |
| 76. AMC Networks Common Stock (AMCX) | | None | J | T | | | | | |
| 77. American Express Common Stock (AXP) | A | Dividend | J | T | | | | | |
| 78. Aetna Inc. Common Stock (Y) | | | | | | | | | |
| 79. Allison Transmission Common Stock (Y) | | | | | | | | | |
| 80. American Homes 4 Rent Common Stock (AMH) | A | Dividend | J | T | | | | | |
| 81. Ameriprise Common Stock (AMP) | A | Dividend | J | T | | | | | |
| 82. Anadarko Petroleum Common Stock (APC) | A | Dividend | J | T | | | | | |
| 83. Anheuser Busch InBev SA Spon. Common Stock (BUD) | A | Dividend | J | T | | | | | |
| 84. Apache Corp. Common Stock (APA) | A | Dividend | | | Buy (add'l) | 02/15/17 | J | | |
| 85. | | | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Apple, Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |
| 87. Applied Materials, Inc. Common Stock (AMAT) | A | Dividend | J | T | Sold (part) | 06/05/17 | J | B | |
| 88. | | | | | Sold (part) | 09/20/17 | J | | |
| 89. Autodesk, Inc. Delaware Common Stock (ADSK) | | None | J | T | | | | | |
| 90. Autozone Inc. (AZO) | | None | J | T | Buy | 07/24/17 | J | | |
| 91. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 92. Axis Capital Holdings Common Stock (AXS) | A | Dividend | J | T | Sold (part) | 10/02/17 | J | A | |
| 93. Bank of the Ozarks Inc. (OZRK) | A | Dividend | J | T | Buy | 04/18/17 | J | | |
| 94. Biogen Idec Inc. Common Stock (BIB) | | None | J | T | | | | | |
| 95. Blackrock, Inc. Common Stock (BLK) | A | Dividend | J | T | | | | | |
| 96. Bristol Myers Squibb Common Stock (BMY) | A | Dividend | J | T | | | | | |
| 97. Broadcom Corp. Common Stock (AVGO) | A | Dividend | J | T | | | | | |
| 98. Calpine Corp. Common Stock (CPN) | | None | | | Sold | 09/05/17 | J | A | |
| 99. Cabot Oil & Gas Corp A (COG) (X) | A | Dividend | J | T | | | | | |
| 100. CBS Corp New Cl B Shares (CBS) (X) | A | Dividend | J | T | | | | | |
| 101. Cameron Intl. Corp. Common Stock (Y) | | | | | | | | | |
| 102. Carnival CP New Paired Common Stock (CCL) | A | Dividend | | | Sold | 06/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Celgene Corp. Common Stock (CELG) | | None | J | T | | | | | |
| 104. Charles Schwab New (SCHW) (X) | A | Dividend | J | T | | | | | |
| 105. Chipotle Common Stock (CMG) | | None | J | T | | | | | |
| 106. Cisco Systems Inc. Common Stock (CSCO) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 107. CitiGroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 108. Citrix Systems, Inc. Common Stock (CTXS) | | None | J | T | | | | | |
| 109. CNX Resource Corp. (CNX) (X) | | None | J | T | Sold (part) | 11/28/17 | J | | |
| 110. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 111. CME Group Common Stock (Y) | | | | | | | | | |
| 112. Coach Common Stock (Y) | | | | | | | | | |
| 113. Coca Cola Inc. Common Stock (KO) | A | Dividend | J | T | | | | | |
| 114. Comcast Corp. CL A Special New Common Stock (CMCSA) | A | Dividend | J | T | | | | | |
| 115. Costco Wholesale Corp New (COST) (X) | A | Dividend | J | T | | | | | |
| 116. Cree Research Inc. Common Stock (CREE) | | None | J | T | | | | | |
| 117. CVS Health Corp. Common Stock (CVS) | A | Dividend | J | T | Sold (part) | 05/02/17 | J | A | 88 |
| 118. Deere & Co. Common Stock (Y) | | | | | | | | | |
| 119. Dentsply Sirona Inc (XRAY) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Devon Energy Corp. New Common Stock (DVN) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 121. Discover Financial Services Common Stock (DFS) | A | Dividend | J | T | Sold (part) | 05/15/17 | J | | |
| 122. Discovery Comm. Serv. Common Stock (DISCA) | | None | J | T | | | | | |
| 123. Dolby CL A Common Stock (DLB) | A | Dividend | J | T | | | | | |
| 124. DowDuPont Inc. Common Stock (DWDP) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | 106 |
| 125. EBay Inc. Common Stock (EBAY) | | None | J | T | Sold (part) | 01/05/17 | J | | |
| 126. Ecolab Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 127. Eaton Corp. Common Stock (Y) | | | | | | | | | |
| 128. Emerson Electric Common Stock (Y) | | | | | | | | | |
| 129. Ensco PLC Common Stock (Y) | | | | | | | | | |
| 130. Exelon Corp. Common Stock (EXC) | A | Dividend | J | T | | | | | |
| 131. Exxon Mobile Corp. Common Stock (Y) | | | | | | | | | |
| 132. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 133. Fairfax Financial Hldg Sub Vtg (FRFHF) (X) | B | Dividend | J | T | | | | | |
| 134. Fluor Corp. New Common Stock (FLR) | A | Dividend | J | T | | | | | |
| 135. FMC Technologies Common Stock (Y) | | | | | | | | | |
| 136. First Republic Bank Common Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Forest Laboratories Inc. Common Stock (Y) | | | | | | | | | |
| 138. Franklin Resources Inc. Common Stock (Y) | | | | | | | | | |
| 139. Freeport McMoran Common Stock (FCX) | A | Dividend | J | T | | | | | |
| 140. GAP, Inc. Common Stock (Y) | | | | | | | | | |
| 141. GATX Corp. Common Stock (GATX) | A | Dividend | J | T | | | | | |
| 142. General Electric Co. Common Stock (Y) | | | | | | | | | |
| 143. Gentex Common Stock (GNTX) | A | Dividend | J | T | | | | | |
| 144. GlaxoSmithKline PLC ADS Common Stock (Y) | | | | | | | | | |
| 145. Greenhill Common Stock (Y) | | | | | | | | | |
| 146. Halliburton Co. Common Stock (HAL) | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 147. Hanesbrand Inc (HBI) (X) | A | Dividend | J | T | | | | | |
| 148. Home Depot Inc. Common Stock (HD) | A | Dividend | J | T | | | | | |
| 149. Honeywell Intl. Inc. Common Stock (HON) | A | Dividend | J | T | | | | | |
| 150. Immunogen Common Stock (IMGN) | | None | J | T | | | | | |
| 151. Intuit Inc. Common Stock (Y) | | | | | | | | | |
| 152. Invesco Ltd. Common Stock (IVZ) | A | Dividend | J | T | Buy (add'l) | 11/14/17 | J | | |
| 153. Ionis Pharmaceuticals Common Stock (IONS) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Jacobs Engineering Group Common Stock (Y) | | | | | | | | | |
| 155. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | Sold (part) | 06/28/17 | J | A | |
| 156. Johnson Ctls (formerly Tyco) Intl PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 02/23/17 | J | | |
| 157. Jones Lang LaSalle Inc. Common Stock (JLL) | A | Dividend | | | Sold | 02/10/17 | J | A | |
| 158. Keycorp New Common Stock (KEY) | A | Dividend | J | T | | | | | |
| 159. Kinder Morgan Inc. (KMI) | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 160. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 161. KLA Tencor Corp. Common Stock (KLAC) | A | Dividend | J | T | | | | | |
| 162. Kroger Co. (KR) (X) | A | Dividend | J | T | Buy (add'l) | 08/07/17 | J | | |
| 163. L3 Technologies, Inc. (LLL) | A | Dividend | J | T | | | | | 145 |
| 164. Liberty Interactive Corp QVC A Common Stock (QVCA) | | None | J | T | | | | | 147 |
| 165. Liberty Media C Ser C Sirius XM Common Stock (LSXMK) | | None | J | T | | | | | 146 |
| 166. Linked-In Common Stock (Y) | | | | | | | | | |
| 167. McCormick and Co. Non Voting (MCK) (X) | A | Dividend | J | T | | | | | |
| 168. Medtronic PLC Common Stock (MDT) | A | Dividend | J | T | | | | | 149, 220 |
| 169. Merck & Co. Inc. New Common Stock (MRK) | A | Dividend | J | T | | | | | |
| 170. Metlife Common Stock (MET) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MGIC Investment Corp. Common Stock (MTG) | | None | J | T | | | | | |
| 172. Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 173. Monsanto Co. New Common Stock (MON) | A | Dividend | J | T | | | | | |
| 174. Morgan Stanley Common Stock (Y) | | | | | | | | | |
| 175. Murphy USA Common Stock (MUSA) | | None | J | T | | | | | |
| 176. Mylan Common Stock (MYL) | | None | J | T | Buy (add'l) | 11/14/17 | J | | |
| 177. NASDAQ Inc. Common Stock (Y) | | | | | | | | | |
| 178. National Oilwell Varco Inc. Common Stock (NOV) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 179. Newfield Expl. Co. Common Stock (Y) | | | | | | | | | |
| 180. Nike Inc. B Common Stock (Y) | | | | | | | | | |
| 181. Novartis AG ADR Common Stock (NVS) | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 182. | | | | | Sold (part) | 01/23/17 | J | A | |
| 183. | | | | | Sold | 01/24/17 | J | A | |
| 184. NOW Inc. Common Stock (Y) | | | | | | | | | |
| 185. Nuance Comm. Common Stock (NUAN) | | None | J | T | | | | | |
| 186. Nucor Corp. Common Stock (NUE) | A | Dividend | J | T | | | | | |
| 187. NXP Semiconductor Common Stock | | None | | | Sold (part) | 01/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 01/05/17 | J | A | |
| 189. OneMain Holdings Common Stock (OMF) | | None | J | T | | | | | |
| 190. Oracle Common Stock (ORCL) | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 191. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 192. Oshkosh Corp. Common Stock (Y) | | | | | | | | | |
| 193. Palo Alto Networks Inc (PANW) (X) | | None | J | T | | | | | |
| 194. PayPal Holdings Common Stock (PYPL) | | None | J | T | | | | | |
| 195. Pebblebrook Hotel Tr. Com. Common Stock (PEB) | A | Dividend | J | T | | | | | |
| 196. Pentair Ltd. Common Stock (PNR) | A | Dividend | J | T | | | | | |
| 197. Pier 1 Imports Common Stock (Y) | | | | | | | | | |
| 198. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | Buy | 05/12/17 | J | | |
| 199. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 200. Praxair Inc. (PX) (X) | A | Dividend | J | T | | | | | |
| 201. Precision Castparts Common Stock (Y) | | | | | | | | | |
| 202. Procter & Gamble Common Stock (Y) | | | | | | | | | |
| 203. Pulte Group Common Stock (PHM) | A | Dividend | | | Sold (part) | 11/28/17 | J | A | |
| 204. | | | | | Sold (part) | 12/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 12/07/17 | J | A | |
| 206. Raytheon Common Stock | A | Dividend | | | Sold (part) | 11/16/17 | J | | |
| 207. | | | | | Sold | 11/17/17 | J | | |
| 208. Realogy Holdings Common Stock (RLGY) | A | Dividend | J | T | | | | | |
| 209. Red Hat Common Stock (RHT) | | None | J | T | | | | | |
| 210. Regeneron Pharm Common Stock (REGN) | | None | J | T | | | | | |
| 211. Regions Finance Corp. Common Stock (RF) | A | Dividend | J | T | | | | | |
| 212. Rockwell Collins Common Stock (COL) | A | Dividend | J | T | | | | | |
| 213. Schlumberger Ltd. Common Stock (SLB) | A | Dividend | J | T | | | | | |
| 214. Seagate Technology PLC Common Stock (STX) | A | Dividend | J | T | | | | | |
| 215. Service Corp. Intl. Common Stock (SCI) | A | Dividend | J | T | | | | | |
| 216. Signet Jewelers Ltd. (SIG) (X) | A | Dividend | J | T | | | | | |
| 217. Splunk Inc (SPLK) (X) | A | Dividend | J | T | | | | | |
| 218. Sprout Farmers Market Inc (SFM) (X) | A | Dividend | J | T | | | | | |
| 219. Charles Schwab New Common Stock (Y) | | | | | | | | | |
| 220. Stanley Black & Decker Common Stock (SWK) | A | Dividend | J | T | Sold (part) | 11/15/17 | J | B | |
| 221. Stericycle Inc. (SRCL) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Suncorp Common Stock (SU) | A | Dividend | J | T | | | | | |
| 223. Symantic Corp. Common Stock | A | Dividend | | | Sold (part) | 05/15/17 | J | A | |
| 224. | | | | | Sold | 01/19/17 | J | A | |
| 225. Synchrony Fin. Common Stock (SYF) | A | Dividend | J | T | Buy (add'l) | 05/15/17 | J | | |
| 226. TE Connectivity Ltd. New (TEL) | A | Dividend | J | T | | | | | |
| 227. Teradyne Common Stock (TER) | A | Dividend | J | T | | | | | |
| 228. Texas Instruments Common Stock (TXN) | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 229. Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 230. Towers Watson Common Stock (Y) | | | | | | | | | |
| 231. Transdigm Group Inc. (TDG) | | None | J | T | Buy | 04/13/17 | J | | |
| 232. Twenty-First Century Fox Common Stock (Y) | | | | | | | | | |
| 233. Twitter Common Stock (TWTR) | | None | J | T | | | | | |
| 234. Unilever PLC (New) ADS Common Stock (UL) | A | Dividend | J | T | | | | | |
| 235. United Natural Foods Inc. (UNFI) (X) | | None | | | Sold | 06/19/17 | J | A | |
| 236. United Parcel Service Inc. CL B Common Stock (UPS) | A | Dividend | J | T | | | | | |
| 237. United States Steel Corp. New Common Stock (Y) | | | | | | | | | |
| 238. United Rentals Common Stock URI) | | None | | | Sold | 01/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Unitedhealth Group Inc (UNH) (X) | A | Dividend | K | T | | | | | |
| 240. Veeco Instr. Inc. Common Stock (Y) | | | | | | | | | |
| 241. Vertex Pharmaceuticals Common Stock (VRTX) | | None | J | T | | | | | |
| 242. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |
| 243. VMWare Common Stock (VMW) | | None | J | T | | | | | |
| 244. Vodaphone Group PLC ADS New Common Stock (Y) | | | | | | | | | |
| 245. Voya Finl Inc (VOYA) | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 246. W.W. Grainger Common Stock (GWW) | A | Dividend | J | T | | | | | |
| 247. Walt Disney Co. Holding Common Stock (DIS) | A | Dividend | J | T | | | | | |
| 248. Wells Fargo Common Stock (WFC) | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 249. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 250. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 251. Western Digital Common Stock (WDC) | A | Dividend | J | T | | | | | |
| 252. Weyerhauser Co. Common Stock (WY) | A | Dividend | J | T | | | | | |
| 253. XL Group Ltd. (XL) (X) | A | Dividend | J | T | | | | | |
| 254. Yum China Holdings Common Stock (YUMC) | A | Dividend | J | T | | | | | 217 |
| 255. Xilinx Inc. Common Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Zoetis Common Stock | A | Dividend | J | T | | | | | |
| 257. Allied World Assurance Co. Hldgs Ltd. Common Stock | A | Dividend | | | Redeemed | 07/10/17 | J | C | |
| 258. Weatherford International Ltd. Common Stock (WFT) | | None | | | Sold | 11/28/17 | J | | |
| 259. Ishares Core S&P US Growth (IUSG) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 260. Ishares Core S&P US Value (IUSV) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 261. Brokerage Account #5 (H) | | | | | | | | | |
| 262. MS Liquid Asset Fund Money Market (Y) | | | | | | | | | |
| 263. Davis New York Venture Mutual Fund (NYVCX) | E | Dividend | N | T | | | | | |
| 264. Brokerage Account #6 (H) | | | | | | | | | |
| 265. Dominion Resources Common Stock (D) | B | Dividend | L | T | | | | | |
| 266. Exxon Mobile Common Stock (XOM) | C | Dividend | M | T | | | | | |
| 267. Pepsico Common Stock (PEP) | A | Dividend | K | T | | | | | |
| 268. PNC Financial Services Common Stock (Y) | | | | | | | | | |
| 269. Walmart Common Stock (WMT) | B | Dividend | L | T | | | | | |
| 270. Baltimore MD Ser. C Sink Fund | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 271. MFS Maryland Municipal Bond Fund (MFSMX) | B | Interest | L | T | | | | | |
| 272. Puerto Rico Electric Power Authority RV C.A Cav. (745268JW3) (X) | | None | | | Sold | 07/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Brokerage Account #7 (H) | | | | | | | | | |
| 274.  UBS Bank USA (X) | A | Interest | K | T | | | | | |
| 275.  IShares Barclay's 1-3 Yr. CD Bond Fund (Y) | | | | | | | | | |
| 276.  First Trust Financial Alphadex Fund ETF (FXO) | A | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | 241 |
| 277.  IShares US Technology ETF (IYW) | A | Dividend | M | T | Sold (part) | 03/01/17 | J | C | 248 |
| 278.  IShares US Healthcare ETF (IYH) | A | Dividend | L | T | Sold (part) | 03/01/17 | J | A | 250 |
| 279.  IShares US Consumer Goods ETF (IYK) | B | Dividend | L | T | Sold (part) | 03/01/17 | J | C | 249 |
| 280.  IShares US Real Estate ETF (IYR) | A | Dividend | K | T | Sold (part) | 03/01/17 | J | A | 247 |
| 281.  IShares US Consumer Services ETF (IYC) | A | Dividend | M | T | Buy (add'l) | 03/01/17 | J | | 246 |
| 282.  IShares US Energy ETF (IYE) | B | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | 251 |
| 283.  Guggenheim Bulletshares 2017 High Yield Corp Bond | A | Interest | | | Buy (add'l) | 03/01/17 | J | | |
| 284. | | | | | Sold | 12/29/17 | K | | |
| 285.  Guggenheim Ultra Short Duration Bond ETF (GSY) | A | Interest | L | T | Buy (add'l) | 03/01/17 | J | | 252 |
| 286.  SPDR Portfolio Aggregate Bond ETF (SPAB) | B | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | 242, 244 |
| 287.  SPDR Portfolio Short Term Corp Bond ETF (SPSB) | B | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | 243 |
| 288.  Vanguard Inter Term Bond ETF (BIV) | B | Interest | L | T | | | | | 254 |
| 289.  Brokerage Account #8 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Blackrock Munivest Fund II (MVT) | B | Interest | K | T | | | | | |
| 291. Blackrock Munivest Fund (MVF) | B | Interest | K | T | | | | | |
| 292. Nuveen Select Tax Free Income Port 3 (NXR) | B | Interest | K | T | | | | | |
| 293. Dreyfus AMT-Free Mun Bond Fd Class A (DMUAX) | B | Interest | L | T | | | | | 260 |
| 294. Brokerage Account #9 (H) | | | | | | | | | |
| 295. UBS Bank USA (X) | A | Interest | K | T | | | | | |
| 296. IShares Barclay's 1-3 Yr. CD Bond Fund (Y) | | | | | | | | | |
| 297. First Trust Financial Alphadex Fund ETF (FXO) | A | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | 262 |
| 298. IShares US Technology ETF (IYW) | A | Dividend | L | T | Sold (part) | 03/01/17 | J | C | 269 |
| 299. IShares US Healthcare ETF (IYH) | A | Dividend | L | T | Sold (part) | 03/01/17 | J | A | 271 |
| 300. IShares US Consumer Goods ETF (IYK) | B | Dividend | L | T | Sold (part) | 03/01/17 | J | C | 270 |
| 301. IShares US Real Estate ETF (IYR) | A | Dividend | K | T | Sold (part) | 03/01/17 | J | A | 268 |
| 302. IShares US Consumer Services ETF (IYC) | A | Dividend | M | T | Buy (add'l) | 03/01/17 | J | | 267 |
| 303. IShares US Energy ETF (IYE) | B | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | 272 |
| 304. Guggenheim Bulletshares 2017 High Yield Corp Bond | A | Interest | | | Buy (add'l) | 03/01/17 | J | | |
| 305. | | | | | Sold | 12/29/17 | K | | |
| 306. Guggenheim Ultra Short Duration Bond ETF (GSY) | A | Interest | L | T | Buy (add'l) | 03/01/17 | J | | 273 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. SPDR Portfolio Aggregate Bond ETF (SPAB) | B | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | 263, 264 |
| 308. SPDR Portfolio Short Term Corp Bond ETF (SPSB) | B | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | 265 |
| 309. Vanguard Inter Term Bond ETF (BIV) | B | Interest | L | T | | | | | 275 |
| 310. Brokerage Account #10 (H) | | | | | | | | | |
| 311. Morgan Stanley Bank NA (X) | A | Interest | J | T | | | | | |
| 312. Bamk of America Corp. (BAC) (X) | A | Dividend | J | T | | | | | |
| 313. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 314. Ford Motor Co. Common Stock (F) | B | Dividend | K | T | | | | | |
| 315. Halliburton Co. (HAL) | A | Dividend | K | T | Buy | 11/22/17 | K | | |
| 316. CBRE (formerly ING) Clarion Global Real Estate Fund (IGR) | C | Dividend | L | T | | | | | |
| 317. Cohen & Steers CEF Opp Fd. Inc. (FOF) | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 318. First Tr MLP & Enrg Inc Fnd. (FEI) | B | Dividend | K | T | Buy | 11/24/17 | K | | |
| 319. ACAP Strategic Interval (XCAPX) | B | Dividend | L | T | | | | | 285 |
| 320. Hartford Municipal Opportunity (HHMCX) (X) | A | Dividend | K | T | | | | | |
| 321. Principal Investment Fund (PRFCX) | B | Dividend | K | T | | | | | |
| 322. American Capital Limited Common Stock (Y) | | | | | | | | | |
| 323. Macy's Common Stock (M) | B | Dividend | | | Sold | 06/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Schlumberger Ltd. Common Stock | B | Dividend | | | Sold | 11/22/17 | K | | |
| 325. Clearbridge Energy MLP Fd (CEM) | B | Dividend | | | Sold | 11/22/17 | K | | |
| 326. Kayne Anderson Energy Fund (Y) | | | | | | | | | |
| 327. Brokerage Account #11 (H) | | | | | | | | | |
| 328. Bank of America Common Stock (BAC) | B | Dividend | M | T | Buy (add'l) | 06/16/17 | K | | |
| 329. Exxon Mobile Common Stock (XOM) | B | Dividend | L | T | | | | | |
| 330. U.S. Steel Common Stock (X) | A | Dividend | J | T | | | | | |
| 331. Bristol Myers Squibb Common Stock (Y) | | | | | | | | | |
| 332. Ford Motor Co. Common Stock (Y) | | | | | | | | | |
| 333. Freeport McMoran Common Stock (Y) | | | | | | | | | |
| 334. Whole Foods Common Stock (WFM) | A | Dividend | | | Sold | 06/16/17 | K | | |
| 335. Principal Inv. Pref. Sec. Mut. Fund (Y) | | | | | | | | | |
| 336. Brokerage Account #12 (H) | | | | | | | | | |
| 337. IShares Barclays 1-3 Yr Trs Bd (SHY) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 338. IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 339. IShares MSCI Japan ETF (EWJ) | A | Dividend | J | T | | | | | |
| 340. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Alger Small Cap Growth Inst. (AISZX) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 342. Artisan Midcap Value Inv. (APDQX) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 343. Blackrock Equity Dividend I (MADVX) | A | Dividend | K | T | Sold (part) | 07/07/17 | J | A | |
| 344. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 345. Columbia Select Large Cap Growth (UMLGX) | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |
| 346. Oppenheimer Int'l Growth (OIGYX) | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |
| 347. Prudential Jennison MD Cap. (PEGZX) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 348. Royce Premier Inv. (RYPRX) | A | Dividend | J | T | | | | | |
| 349. Wells Fargo Emerg. Mkts. (EMGNX) | A | Dividend | J | T | | | | | |
| 350. SPDR Barclay's High Yield Bond Fd. (JNK) | | None | | | Sold | 07/07/17 | J | A | |
| 351. Brokerage Account #13 (H) | | | | | | | | | |
| 352. MS Liquid Asset Fund (Y) | | | | | | | | | |
| 353. IShares Barclays 1-3 Yr TSY Bd (SHY) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 354. IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 355. IShares MSCI Japan ETF (EWJ) | A | Dividend | J | T | Sold (part) | 02/09/17 | J | A | |
| 356. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 357. Alger Small Cap Growth Inst. (AISZX) | A | Dividend | J | T | Sold (part) | 02/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 359. Artisan Midcap Value Inv. (APDQX) | A | Dividend | J | T | Sold (part) | 02/09/17 | J | | |
| 360. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 361. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 362. Blackrock Equity Dividend (MADVX) | C | Dividend | L | T | Sold (part) | 02/09/17 | J | A | |
| 363. | | | | | Sold (part) | 07/07/17 | J | A | |
| 364. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 365. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 366. Columbia Select Large Cap Growth (UMLGX) | B | Dividend | L | T | Sold (part) | 02/09/17 | J | A | |
| 367. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 368. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 369. Oppenheimer Int'l Growth (OIGYX) | A | Dividend | M | T | Sold (part) | 02/09/17 | J | A | |
| 370. | | | | | Sold (part) | 07/07/17 | J | A | |
| 371. Prudential Jennison MD Cap. (PEGZX) | B | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 372. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 373. Royce Premier Inv. (RYPRX) | A | Dividend | J | T | | | | | |
| 374. Virtus Insight Emerg. Mkts. (HIEMX) | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 07/07/17 | J | | |
| 376. Wells Fargo Emerg. Mkts. (EMGNX) | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |
| 377. SPDR BBG Barclays High Yield Bd (JNK) | | None | | | Sold | 07/07/17 | J | A | |
| 378. Brokerage Account #14 (H) | | | | | | | | | |
| 379. Morgan Stanley Bank NA | A | Interest | K | T | Open | 06/19/17 | K | | |
| 380. Alcoa Corp. Common Stock (AA) | | None | J | T | | | | | |
| 381. Arconic Inc. Common Stock (ARNC) | A | Dividend | K | T | | | | | |
| 382. Blackstone Group Common Stock (BX) | D | Dividend | L | T | | | | | |
| 383. Carnival CP Common Stock | A | Dividend | | | Sold | 03/21/17 | K | D | |
| 384. Celgene Common Stock (CELG) | | None | M | T | | | | | |
| 385. CVS Caremark Common Stock (CVS) | C | Dividend | M | T | | | | | |
| 386. Enterprise Products Partners LP (EPD) | D | Dividend | M | T | | | | | |
| 387. General Electric Common Stock (GE) | A | Dividend | K | T | Sold (part) | 11/22/17 | K | | |
| 388. General Motors Common Stock (GM) | B | Dividend | K | T | | | | | |
| 389. Merck Common Stock (MRK) | B | Dividend | L | T | | | | | |
| 390. Murphy Oil Common Stock (MUR) | A | Dividend | J | T | | | | | |
| 391. Murphy USA Inc. Com. (MUSA) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Starbuck's Corp. Common Stock (SBUX) | B | Dividend | L | T | Buy (add'l) | 03/21/17 | K | | |
| 393. United Health Group Common Stock (UNH) | B | Dividend | M | T | | | | | |
| 394. WPX Energy Common Stock (WPX) | | None | K | T | Buy (add'l) | 06/07/17 | K | | |
| 395. Calamos Strg Title Return Fd (CXQ) | D | Dividend | L | T | | | | | |
| 396. DBX ETF TR Xtrack MSCI Europe Fund (DBEU) | A | Dividend | K | T | | | | | 359 |
| 397. First Tr MLP & Eng Fund (FEI) | E | Dividend | N | T | | | | | |
| 398. IShares NASDAQ Biotech ETF (IBB) | A | Dividend | L | T | | | | | |
| 399. Hartford Floating Rate Fund (HFLCX) | B | Dividend | L | T | | | | | |
| 400. Nuveen NFM MTP Preferred | B | Dividend | K | T | | | | | |
| 401. Nuveen MD Dividend Muni Fund | A | Dividend | K | T | | | | | |
| 402. Putnam Equity Income C (PEQCX) | A | Dividend | L | T | | | | | 364 |
| 403. Western Asset Int. Term Muni C (SMLLX) | B | Dividend | L | T | | | | | 366 |
| 404. Western Asset Short Duration Muni Income C (SHDLX) | B | Dividend | L | T | | | | | 365 |
| 405. NATIONWIDE LIFE DESTINATION NAVIGATOR VARIABLE ANNUITY (H) | | | | | | | | | |
| 406. NW NVIT SP 500 INDEX II | | None | L | T | Buy | 05/22/17 | L | | |
| 407. BLACKROCK GLOBAL ALLOCATION V.I. III | | None | L | T | Buy | 05/22/17 | L | | |
| 408. FIDVIP EQ INC SVC 2 | | None | L | T | Buy | 05/22/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. NW NVIT CARDINAL AFFR II | | None | L | T | Buy | 05/22/17 | L | | |
| 410. Brokerage Account #15 (H) | | | | | | | | | |
| 411. Morgan Stanley Bank NA | A | Interest | K | T | | | | | 369 |
| 412. IShares Inc. MSCI Japan ETF (EWJ) | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 413. IShares JP Morgan EM Bond ETF (EMB) | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 414. PIMCO Enhanced Short Mtrt (MINT) | | None | K | T | Buy (add'l) | 02/15/17 | J | | 392 |
| 415. SPDR Nuveen BBG Short-Term (SHM) | A | Dividend | L | T | Buy (add'l) | 02/15/17 | J | | |
| 416. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 417. Alger Small Cap Growth Inst. (AISZX) | A | Dividend | J | T | | | | | |
| 418. American Century Intl. Bond (AIBHX) | A | Dividend | J | T | | | | | 372 |
| 419. American Century Int. TRM TX FR BD Inv. (Y) | | | | | | | | | |
| 420. American Europacific Growth F1 (AEPFX) | B | Dividend | L | T | Buy (add'l) | 02/15/17 | J | | |
| 421. American Growth Fund of America F1 (GFFFX) | B | Dividend | K | T | Sold (part) | 04/06/17 | J | B | |
| 422. Baron Small Cap Retail (BSFIX) | | None | J | T | | | | | |
| 423. Columbia Marsico Growth Z (Y) | | | | | | | | | |
| 424. Columbia Select Large Cap Growth Fd (UMLGX) | A | Dividend | K | T | Sold (part) | 04/06/17 | J | A | |
| 425. Davis New York Venture Y (DNVYX) | B | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 04/06/17 | J | A | |
| 427. Federated Strategy Val Div Inst Fd (SVAIX) | B | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | |
| 428. | | | | | Sold (part) | 04/06/17 | J | A | |
| 429. Franklin Fed Intm Trm Txfr Adv (FITZX) | B | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | |
| 430. Goldman Sachs Growth Opp. 1 (GGOIX) | A | Dividend | J | T | | | | | |
| 431. Invesco American Value Y (MSAIX) | A | Dividend | J | T | | | | | |
| 432. JP Morgan Emerging Markets Sel (JEMSX) | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 433. JP Morgan Mid Cap Value S (JMVSX) | A | Dividend | J | T | | | | | |
| 434. Lazard Emerging Markets 1 (LZEMX) | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 435. Nationwide Geneva Mdcp Gw F (NWHYX) | A | Dividend | J | T | | | | | |
| 436. Oppenheimer Intl Growth Y (OIGYX) | A | Dividend | L | T | Buy (add'l) | 02/15/17 | J | | |
| 437. Royce Micro-cap Inv. (RYOTX) | A | Dividend | J | T | | | | | |
| 438. Royce Total Return Inv. (RYTRX) | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 439. T Rowe Price High Yield (PRHYX) | A | Dividend | J | T | Sold (part) | 04/06/17 | J | | |
| 440. T Rowe Price Mid-Cap Growth (Y) | | | | | | | | | |
| 441. Templeton Global Bond Fd Adv (Y) | | | | | | | | | |
| 442. Templeton Int'l Bond Fund (FIBZX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 39

**Name of Person Reporting**

Wheeler, Thomas C.

**Date of Report**

07/17/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Wells Fargo High Income Inv. (EKHIX) | A | Dividend | J | T | Sold (part) | 04/06/17 | J | | |
| 444. Western Ast Int Term Muni (SBTYX) | B | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | 389 |
| 445. Brokerage Account #16 (H) | | | | | | | | | |
| 446. Morgan Stanley Bank NA (X) | A | Interest | K | T | | | | | |
| 447. Cohen & Steers CEF Opp Fd. Inc. (FOF) (X) | C | Dividend | K | T | | | | | |
| 448. Goldman Sachs Step-Up Callable Note (38148TNJ4) (X) | A | Interest | K | T | | | | | |
| 449. Tactical Diversified Futures Fund LP | | None | | | Sold | 10/31/17 | K | | |
| 450. Skybridge Multi-Advisor Hedge Fund (CAI01) | | None | L | T | | | | | |
| 451. DELAWARE LIFE SUNLIFE MASTERS FLEX VARIABLE ANNUITY (H) | | | | | | | | | |
| 452. FIDELITY VIP CONTRAFUND-SERV (X) | | None | K | T | | | | | |
| 453. MFS VIT I RESEARCH SERIES SERV (X) | | None | K | T | | | | | |
| 454. FRANKLIN MUTUAL SHARES VIP FUND (X) | | None | K | T | | | | | |
| 455. FIRST EAGLE OVERSEAS VARIABLE (X) | | None | K | T | | | | | |
| 456. PIMCO VIT TOTAL RETURN BOND PO (X) | | None | J | T | | | | | |
| 457. NATIONWIDE LIFE BOA ACHIEVER L SHARE VARIABLE ANNUITY (H) | | | | | | | | | |
| 458. NEUBER AMT SHORT DURATION BOND I (X) | | None | K | T | | | | | |
| 459. MFS VIT VALUE SER SVC (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. NW NVIT VW FD II (X) | | None | J | T | | | | | |
| 461. OPP MN ST VA SVC (X) | | None | J | T | | | | | |
| 462. FIDVIP INVMT GRD BD SVC 2 (X) | | None | K | T | | | | | |
| 463. NW NVIT GOV'T BOND I (X) | | None | K | T | | | | | |
| 464. PIMCO VIT LOW DURATION ADV (X) | | None | J | T | | | | | |
| 465. NW NVIT MULTI MANAGER MIDCAP GROWTH II (X) | | None | J | T | | | | | |
| 466. MULTI MANAGER MIDCAP VALUE II (X) | | None | J | T | | | | | |
| 467. NW NVIT GOV MNY MKT I (X) | | None | J | T | | | | | |
| 468. NW NVIT GOV MULTI MANAGER INT'L GROWTH II (X) | | None | J | T | | | | | |
| 469. NW NVIT GOV MULTI MANAGER LARGE CAP GROWTH II (X) | | None | J | T | | | | | |
| 470. NW NEUBER NVIT SOC RESP II (X) | | None | J | T | | | | | |
| 471. NW TMP NVIT INTL VAL I (X) | | None | J | T | | | | | |
| 472. NW NVIT COR BD II (X) | | None | K | T | | | | | |
| 473. Brokerage Account #17 (H) | | | | | | | | | |
| 474. First American Prime Obligation Fund (Y) | | | | | | | | | |
| 475. Abbvie Common Stock (ABBV) | A | Dividend | J | T | | | | | |
| 476. Ace Ltd. Common Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Align Technology Common Stock (ALGN) | | None | J | T | | | | | |
| 478. Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | 437 |
| 479. Alphabet Inc Cl C Common Stock (GOOG) (X) | | None | J | T | | | | | |
| 480. Amazon Com. Inc. (AMZN) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 481. Amgen Common Stock (Y) | | | | | | | | | |
| 482. Apple Inc. Common Stock (AAPL) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 483. AT&T Inc. Common Stock (T) | A | Dividend | J | T | | | | | |
| 484. Celgene Corp (CELG) | | None | J | T | Buy | 01/06/17 | J | | |
| 485. Cincinnati Financial. Corp. Common Stock (CINF) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | B | |
| 486. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 487. CME Group Common Stock (CME) | A | Dividend | J | T | | | | | |
| 488. Computer Sciences Corp. Common Stock (Y) | | | | | | | | | |
| 489. CVS Caremark Common Stock (CVS) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 490. Dreihaus Select Credit Fund | A | Dividend | | | Sold | 11/15/17 | J | | |
| 491. DXC Technologies (X) | | None | | | Sold | 06/02/17 | J | B | |
| 492. EOG Resources Common Stock (EOG) | A | Dividend | J | T | | | | | |
| 493. Ecolab Inc. Common Stock (ECL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Edwards Lifesciences Corp (EW) (X) | | None | J | T | Buy (add'l) | 09/20/17 | J | | |
| 495. Electronic Arts Common Stock (EA) | | None | J | T | | | | | |
| 496. Emerson Electric Co. Common Stock (EMR) | A | Dividend | J | T | | | | | |
| 497. Exxon Mobile Corp. Common Stock (XOM) | A | Dividend | J | T | | | | | |
| 498. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 499. Fidelity National Information Services, Inc. (FIS) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 500. Glenmeade Small Cap Equity Port Adv. (GTCSX) | B | Dividend | J | T | | | | | 435 |
| 501. Goldman Sachs Common Stock (Y) | | | | | | | | | |
| 502. Intuit Common Stock (INTU) | A | Dividend | J | T | | | | | |
| 503. JP Morgan Chase Co. Common Stock (JPM) | A | Dividend | J | T | | | | | |
| 504. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | | | | | |
| 505. Lincoln Nat'l Corp. Common Stock (LNC) | A | Dividend | J | T | | | | | |
| 506. Lowe's Common Stock (LOW) | A | Dividend | J | T | | | | | |
| 507. Magna International (MGA) (X) (Y) | | | | | | | | | |
| 508. Mastercard (MA) (X) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 509. McDonald's Corp. Common Stock (MCD) | A | Dividend | J | T | | | | | |
| 510. Medco Health Solutions Inc. Common Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Microsoft Common Stock (MSFT) | A | Dividend | J | T | | | | | |
| 512. Mohawk Indus. Common Stock (MHK) | | None | J | T | | | | | |
| 513. Morgan Dempsey Small Cap Value Fund (Y) | | | | | | | | | |
| 514. Nextera Energy Inc. Common Stock (NEE) | A | Dividend | J | T | | | | | |
| 515. PNC Financial Services Group Inc. (PNC) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 516. Philip Morris Intl. Common Stock (PM) | A | Dividend | J | T | | | | | |
| 517. Pioneer Natural Resources Common Stock (PXD) | A | Dividend | J | T | | | | | |
| 518. Praxair Inc. Common Stock (PX) | A | Dividend | J | T | | | | | |
| 519. Priceline Com. Inc. Common Stock (PCLN) | | None | J | T | | | | | |
| 520. Procter & Gamble Inc. Common Stock (PG) | A | Dividend | J | T | | | | | |
| 521. Prudential Financial Inc. Common Stock (PRU) | A | Dividend | J | T | | | | | |
| 522. Southwest Airlines Common Stock (LUV) | A | Dividend | J | T | | | | | |
| 523. T. Rowe Price Mid Cap Growth Fund (RPMGX) (X) | B | Dividend | K | T | | | | | |
| 524. Thermo Fisher Scientific Inc. Common Stock (TMO) | | None | J | T | | | | | |
| 525. TCW Emerging Market Income Fund (Y) | | | | | | | | | |
| 526. United Health Group, Inc. Common Stock (UNH) | A | Dividend | J | T | | | | | |
| 527. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Walt Disney Common Stock (DIS) | A | Dividend | J | T | | | | | |
| 529. Wells Fargo Special Mid Cap Value (WFMIX) | A | Dividend | K | T | | | | | 463 |
| 530. 3M Co. Common Stock (MMM) | A | Dividend | J | T | Sold (part) | 11/16/17 | J | B | |
| 531. Accenture PLC Cl A Common Stock (ACN) | A | Dividend | J | T | | | | | |
| 532. Chubb Ltd. (CB) (X) | A | Dividend | J | T | | | | | |
| 533. Harding Loevner International Equity (HLMIS) | A | Dividend | K | T | Buy | 02/09/17 | K | | |
| 534. | | | | | Sold (part) | 11/15/17 | J | A | |
| 535. Ingersoll Rand PLC (IR) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 536. Schlumberger Ltd. Common Stock (SLB) | A | Dividend | J | T | | | | | |
| 537. T. Rowe Prive International Value Equity Fund Int'l (TRIGX) (X) | A | Dividend | K | T | | | | | |
| 538. Baron Emerging Mkts. Fd. (BEXIX) | A | Dividend | J | T | Sold (part) | 11/15/17 | J | A | |
| 539. Causeway Emerging Mkts Fund (CEMIX) | A | Dividend | J | T | | | | | |
| 540. AQR Long/Short Equity Fd (QLEIX) | A | Dividend | J | T | | | | | |
| 541. Robeco Boston Partners Long/Short Fd (BPIRX) | | None | K | T | | | | | |
| 542. Nuveen Inter. Dur. Mun. Fund (NUVBX) | B | Dividend | L | T | | | | | 484 |
| 543. Principal Preferred Sec. Ins (PPSIX) (X) | A | Dividend | J | T | Buy (add'l) | 11/15/17 | J | | |
| 544. Federated Inst. High Yield Bond Fd (FIHBX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Mainstay Floating Rate Fund (MXFIX) | A | Dividend | J | T | | | | | |
| 546. IShares Iboxx H Y Corp Bond (Y) | | | | | | | | | |
| 547. IPath Dow Jones UBS Commodity (Y) | | | | | | | | | |
| 548. IShares JP Morgan USD Emerg. Mkts. Bond ETF (EMB) | A | Dividend | J | T | | | | | 479 |
| 549. Loomis Sayles Strategic Alpha Fund Y (LASYX) | A | Dividend | K | T | Buy (add'l) | 11/15/17 | J | | 480 |
| 550. American Tower Common Stock (AMT) | A | Dividend | J | T | | | | | |
| 551. Nuveen Real Estate Security Class I (FARCX) | B | Dividend | K | T | Sold (part) | 11/15/17 | J | | |
| 552. Principal G I R E Sec Ins (POSIX) | A | Dividend | J | T | | | | | 482 |
| 553. Invesco Bal Risk Commodity Fd (BRCYX) | A | Dividend | J | T | | | | | |
| 554. SPDR DJ Wilshire Int'l Common Stock (Y) | | | | | | | | | |
| 555. Anadarko Petroleum Common Stock | | None | | | Sold | 09/20/17 | J | | |
| 556. Covidien Common Stock | | None | | | Sold | 01/06/17 | J | | |
| 557. Dollar Tree Inc. Common Stock | | None | | | Sold | 06/02/17 | J | | |
| 558. Express Scripts Common Stock | | None | | | Sold | 01/06/17 | J | | |
| 559. Gilead Sciences Common Stock | | None | | | Sold | 01/06/17 | J | | |
| 560. Invesco Common Stock | | None | | | Sold | 01/06/17 | J | | |
| 561. McKesson Corp. Common Stock | | None | | | Sold | 09/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Wheeler, Thomas C.**

Date of Report

07/17/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Polaris Ind. Inc. Common Stock | | None | | | Sold | 01/06/17 | J | A | |
| 563. Wells Fargo Common Stock | A | Dividend | | | Sold | 11/16/17 | J | A | |
| 564. Calvert High Yield Bond Fund | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 565. American Funds Europacific Growth Fd | A | Dividend | | | Sold | 02/09/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Brokerage Accounts #11 and #12 of the 2016 report have been deleted in accordance with the notes of August 14, 2017. Successive header numbers have been adjusted accordingly.

In this reporting cycle, a number of assets have experienced name changes and duplicate entries have been deleted. In addition, the names of two variable annuities are now reflected as headers and the underlying investments are individually identified. For ease of review of these items, the corresponding line numbers of the 2016 report have been included in Column D(5).

\* The symbol for U.S. Steel is (X).

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Wheeler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544